UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 3: 05-CV-0416-B |
| § | |
| PREMIUM INCOME CORPORATION, et al., § § § | |
| Defendants. § | |

### ORDER

Having considered Plaintiff's Motion to Dismiss Claims Against Defendant Alexander Igor Shevchenko (doc # 251), the Court hereby grants Plaintiff's Motion and, finding no just reason for delay, hereby orders, adjudges, and decrees that all claims asserted against Defendant Alexander Igor Shevchenko in the above-referenced matter are DISMISSED WITH PREJUDICE to their refiling. All costs and fees shall be borne by the party incurring same.

The Clerk of Court is hereby directed to enter this Order forthwith.

SO ORDERED.

Dated: September 3, 2008

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE